JEFF FINE
Clerk of the Superior Court
By Savanna Sharp, Deputy
Date 07/13/2021 Time 10:49:25

| Description | Amount |
|---|---|
| CASE# CV2021-093246 | |
| CIVIL NEW COMPLAINT | 333.00 D |
| TOTAL AMOUNT | 0.00 |
| Receipt# 28344474 | |

1 Name  Hill Isiah #068563
  Address  P.O. Box 3200 Cook Unit
2 City, State, Zip  Florence AZ 85132

3       IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

4       IN AND FOR THE COUNTY OF  Maricopa

5  (INMATE'S NAME)                        No.  CV 2021-093246
6   Isiah Hill                ,
7              Plaintiff,           STATE COURT COMPLAINT
                                    (Demanded Jury Trial)
        v.
8                                   Submitted/Presented notice
   State - Department of AZ         of Adjudicated Fact Rule
9  Correction et al. Defendant      201(F)-(H)
10

11

12     SEE:
   I.   JURISDICTION (Where there are jurisdictional grounds, set forth.)
13
       Same: As Attached Exh #1
14
       Complaint # CV 2019-004926
15
   II.  PLAINTIFF (Identify the Plaintiff.)
16
       Same: As Attached Exh #1/or Complaint #
17
       CV 2019-004926 (Maricopa County Superior Court)
18
   III. DEFENDANT (Identify the Defendant.)
19     Same
       See: Maricopa County Superior Court Complaint Records
20
       # CV 2019-004926/or Attached Exh #1
21

22

23

24

25

26

27

28

Claim

**IV.  EVENTS** (Set forth the facts necessary in support of the claim.)

Same as Attached Exh #1

#CV 2019-004926. Only Different is Child (D.C. Hill). The Defendants Have Already Admitted To Being Wrong. They Failed A Required Response To Complaint #CV 2019-004926/ Due To: Ariz/Fed Rules of Civil Pro Rule 8-c-6. After Service Defendants Did no 21 day Required Response! That Is A Admitto.

**V.  APPLICABLE LAW SUPPORTING CLAIM** (Set forth applicable law.)

Same Supra / or (Isiah Hill vs State-Department et al) # CV 2019-004926 And Fed.R.Civ Pro 81(C) Removed to Fed Court cant Add or Abrogate what has Been Done in State Court Prior to Removel, see: footnotes

**VI.  INJURIES** (Set forth injuries and damages.)

Same Supra: #CV 2019-004926 Attached.

Foot note:
This complaint and #CV 2019-004926 Are The Same with the same Admitted / or Adjudicated Facts. The only change is its A Different Child. (D Angelo Hill).

Footnote: cite (Butner vs. Neustadter), 324 F. 2D 783, 7 Fed R. Serv 2D Callagan 1127, 1963 U.S. App Lexis 3695 (9th Cir 1963)/ (Talley vs. American Bakeries) U.S. Dist (E. Tenn 1954)

- 2 -

VII. DEMAND FOR RELIEF (Set forth the relief sought.)

SAME AS EXH #1 AttacHeD: whicH DEFenDant's ADMitted wRong.

10 million DollARs EACH DEFenDant PER YEAR FoR THE PasT 14 years

DATED this 7 day of July, 20 21.

_____
(Signed)

- 3 -

# VERIFICATION

STATE OF ARIZONA

County of **Maricopa** ss.   VERIFICATION OF **Isiah Hill**

I, **Isiah Hill**, being first duly sworn upon oath, deposes and says as follows:

1. I am the name Plaintiff in the civil action known as Complaint for violation of [identify] **Isiah Hill**.

2. I have read the foregoing pleading, and know the contents thereof.

3. The statements and matters alleged therein are true of my own personal knowledge, except as to those matters stated upon information and belief and, as to such matters, I believe them to be true.

DATED this **8** day of **July**, 20**21**.

[Signed] _____

[Typed/Printed Name] **Isiah Hill**

[Party] **Plaintiff**

State of Arizona

County of **Pinal**

The foregoing instrument was acknowledged before me this **8** day of **July**, 20**21** by **Isiah Hill**

S Wilson
Notary Public
Pinal County, Arizona
My Comm. Expires 12-19-2022
Commission No. 556234

(Name) **Scott Wilson**, Notary Public.

(Title, if any) **Librarian**

My commission expires on **12/19/2022**

Updated August 22, 2019

Isiah Hill #068563
A.S.P.C So Unit
P.O. Box 8400
Florence AZ 85132

EXH #1

JEFF FINE
Clerk of the Superior Court
By Evelyn Laborin, Deputy
Date 08/20/2019 Time 17:04:07 5 of 4
Description                    Amount
------- CASE# CV2019-004926 -------
CIVIL NEW COMPLAINT       333.00 D
TOTAL AMOUNT                0.00
Receipt# 27578605

IN THE Maricopa County Superior Court
State of Arizona

| | |
|---|---|
| Isiah Hill<br>Plaintiff<br>vs<br>State - Department of AZ Correction Et Al<br>Defendants | # CV2019-004926<br>State Court Complaint -<br>Jury Trial Demanded / Presented<br>Adjudicated Fact - Rule 201(F) - H |

**Jurisdiction**

1. 28/42 USC § 1983 / 28 USC § 1343(A) / 28 USC § 1331

2. Violation occurred in Florence Prison.

3. Plaintiff: Isiah Roment Hill

B.  **CASE SUMMARY / RES JUDIATA FACTs**

① For case History-Facts see: United States Supreme Court Records Hill vs William White #11-10200 - /568 U.S. After A Rule 15.1 mandate ORDERED fight the state filed a waiver.

AND

② AZ Court of Appeals Div # 2-CV-2016-0007 After the court issued (4) Mandatory orders to fight the (Fact History) the state did not fighting.

AND

③ Maricopa County Superior Court # CV 2018-091537 (Hill vs ADOC Et-Al) After the state was summons twice to fight they failed to challenge.

Pur. To: Rule(8) AZ.R.Civ.Pro. The Defendants have Admitted/or Confessed is Factual, in the Above (3) litigations. That in case # 2006-009614-001 DT Plaintiff criminal case, the state failed to secure a Grand Jury Indictment, AND (Heck vs Humphrey) 520

U.S. 477-486-87, 490 (1994) no Longer Being a issue/ trial court never had jurisdiction./ Leaveing Plaintiff with Total immunity.

IN THE Litigation (Hill vs state #2 CA-CV 2016-0007), AZ court of Appeal' Div #2 a Three Judge Panel Espinosa/ Howard/ Staring Found ever matter/on Litigation Plaintiff has set-fourth to be True/set fourth in the manner Prescribed By Law. which mean' The History must be True/ mirror there Record.

· DEFenDant's : official/ ~~Inder~~ Individual's AZ DE of correction' / Director C. Ryan/ Former C.O. Slade, S# 1777/ officer Defeo, B #6855 / Sgt. Dickey #4113/ C.O. Thomson, D #1807/ C.O. Hyle, G # 11531

Claim/cause of Action: the Listed Defendant' Above Has/is stopping Plaintiff From seeing one of His Children (Ken. Hill) By mean' of There Policy's/ Requirement'/ fence's. There action' Are unconstitutional to Plaintiff/ should not Apply to Him. Plaintiff Has Immunity.

-THE-
All The Defendant' Enforce claim'/ or Have sworn to Enforce The claim/Policy' for The AZ D.o. Correction'

APPLICABLE Law Supporting claim: Are Past Litigation's Hill vs state #2 CA-CV 2016-0007 Hill vs. William' U.S. Supreme court 11-10700/ 568 U.S. Hill vs A Doc et al # cv 2010-091557 mar. co. Sup. court Plaintiff' / thur 14 Amendment' Have Been violated Excessive Force/ Abuse of Power/ illegal Enforcement

- (ASHE vs. SWENSON), 397 U.S. 436, 443, 445-46 (1970) Collateral Estoppel apply's here issue's litigated as fact cannot be litigated again, so to prevent Double Jeopardy. Plaintiff submit's this complaint notice of Judged Fact Rule 201.

## INJURIES:

Emotional Damage's/ mental Health/ lost of Sleep/ illness/ stress etc; civil Right's violated/ constitutional Right's/ Hinder Love/ etc;

## DEMAND FOR RELIEF

10 million Dollar's from each Defendant

## AFFIDAVIT:

I Isiah Hill sworn by my Signature declare's All set Fourth in this complaint is true/ fact under penalty of perjury/ supported by court Record/ Document's

By: [signature]
7/27/19

By: [signature]
7/27/19